Same case below, 416 Fed. Appx. 294.

**No. 10-1525. Matt Hoover, Petitioner v. Thomas E. Walley, et al.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5214.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-1526. Nelson Fernandes, et ux., Petitioners v. Sparta Township Council, et al.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5268.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

**No. 10-1527. Don Halvorson, et ux., Petitioners v. North Latah County Highway District, et al.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5511.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 151 Idaho 196, 254 P.3d 497.

**No. 10-1529. Shannon Kelly, Petitioner v. West Virginia Board of Law Examiners, et al.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5329,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 203.

**No. 10-1530. Gregory Maurice Harding, Petitioner v. Maryland.**

565 U.S. 826, 132 S. Ct. 118, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5376.

October 3, 2011. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 196 Md. App. 384, 9 A.3d 547.

**No. 10-1531. Puerto Rico Telephone Company, Inc., Petitioner v. Centennial Puerto Rico License Corp., et al.**

565 U.S. 826, 132 S. Ct. 119, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5379.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 634 F.3d 17.

**No. 10-1532. Daphne Noel Hoge, Petitioner v. Colorado.**

565 U.S. 827, 132 S. Ct. 119, 181 L. Ed. 2d 42, 2011 U.S. LEXIS 5218.

October 3, 2011. Petition for writ of certiorari to the District Court of Colorado, Adams County, denied.